```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                        CASE NO. 06 B 08389
    HAZEL M THOMPSON
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY
        Debtor
    SSN XXX-XX-4429


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
       The case was filed on 07/14/2006 and was confirmed 09/14/2006.

       The plan was confirmed to pay secured creditors 100% and unsecured
    creditors 100.00%.

       The case was paid in full 08/25/2008.
--------------------------------------------------------------------------------
   CREDITOR NAME                CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                                 PAID         PAID
--------------------------------------------------------------------------------
   INTERNAL REVENUE SERVICE  PRIORITY          2028.64             .00      2028.64
   AT&T WIRELESS             UNSECURED          364.17             .00       364.17
   COLUMBUS BANK & TRUST     NOTICE ONLY       NOT FILED           .00          .00
   JEFFERSON CAPITAL SYSTEM  NOTICE ONLY       NOT FILED           .00          .00
   ROUNDUP FUNDING LLC       UNSECURED          879.57             .00       879.57
   APPLIED CARD BANK         NOTICE ONLY       NOT FILED           .00          .00
   PREMIER BANCARD CHARTER   UNSECURED          325.85             .00       325.85
   MACNEAL MEMORIAL HOSPTIA  UNSECURED         NOT FILED           .00          .00
   MACNEAL HOSPITAL          NOTICE ONLY       NOT FILED           .00          .00
   NCO FINANCIAL SYSTEM      UNSECURED         NOT FILED           .00          .00
   ILLINOIS DEPT OF HUMAN S  NOTICE ONLY       NOT FILED           .00          .00
   DEPT OF HUMAN SERVICES    NOTICE ONLY       NOT FILED           .00          .00
   VALUE CITY                UNSECURED         1194.00             .00      1194.00
   PROVIDIAN NATIONAL BANK   NOTICE ONLY       NOT FILED           .00          .00
   PALISADES COLLECTION LLC  UNSECURED         NOT FILED           .00          .00
   STANLEY HONG DDS          UNSECURED         NOT FILED           .00          .00
   INTERNAL REVENUE SERVICE  UNSECURED            1.36             .00         1.36
   RESURGENCE FINANCIAL LLC  UNSECURED         1810.81             .00      1810.81
   ILLINOIS DEPT OF HUMAN S  UNSECURED          969.64             .00       969.64
   LEDFORD & WU              DEBTOR ATTY       2,990.00                     2,990.00
   TOM VAUGHN                TRUSTEE                                          740.18
   DEBTOR REFUND             REFUND                                           283.52

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
   TRUSTEE              11,587.74

   PRIORITY                                     2,028.64
   SECURED                                           .00
   UNSECURED                                     5,545.40

                  PAGE   1 - CONTINUED ON NEXT PAGE
            CASE NO. 06 B 08389 HAZEL M THOMPSON
```

```
ADMINISTRATIVE                                              2,990.00
TRUSTEE COMPENSATION                                          740.18
DEBTOR REFUND                                                 283.52
                                       ---------------    ---------------
TOTALS                                      11,587.74         11,587.74
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
  Dated: 11/20/08                   _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```